Case 1:07-cv-00221-SLR    Document 4    Filed 05/15/2007    Page 1 of 2

2AO 440 (Rev. 8/0 1) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

COMMUNITY LEGAL AID SOCIETY, INC.,

Plaintiff

V.

HORIZON HOUSE, INC.,
**Trading and Operating as**
HORIZON HOUSE/DELAWARE, INC.,
HORIZON HOUSE OF DELAWARE,
INC.,
And

JEFFREY W. J. WILUSH,
**In his capacity as President and Chief
Executive Officer of Horizon House, Inc.**
Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-221

TO: (Name and address of Defendant)
**Horizon House/Delaware Inc.**
**500 S. Madison Street**
**Wilmington, Delaware 19801**
**C/O: Rosanne Faust**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                    DATE 4/26/07

PETER T. DALLEO

# AFFIDAVIT OF PROCESS SERVER

## In The United States District Court for the District of Delaware

Community Legal Aid Society, Inc.                                    Case No: 07 CV 3578
Plantiff(s)
v.
Horizon House, Inc., Trading and Operating as Horizon House/Delaware, Inc., Horizon House of Delaware, Inc and Jeffrey
W. J. Wilush
Defendant(s)

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that
within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** Horizon House/Delaware Inc.

with the (documents): Summons in a Civil Case and Complaint

**Person Served:** Leslie Nichols

**Service Address:** 500 South Madison Street, Wilmington, Delaware 19801

**Date of Service:** May 1, 2007            **Time of Service:** 1:22 p.m.

**Manner of Service:**
( ) By personally delivering copies to the person/authorized agent of entity being served.
**(X) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge
thereof**
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining
the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.
**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the
person/entity being served because of the following reason(s):

( ) Unknown at address      ( ) Evading              ( ) Moved, left no forwarding
( ) Address does not exist  ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion
( ) Other

**Service Attempts:**

**Description:** Age:61    Sex: F    Race: W    Hgt: 5'7"    Wgt: 160    Hair: Br    Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

May 9, 2007    at    Wilmington,    Delaware
Date                City            State

                                                    Richard Torpey, Process Server

State of Delaware
County of New Castle

Subscribed and sworn before me, a Notary Public of the State of Delaware on May 9, 2007

**Witness My Hand and Official Seal To**

                                                    William Q. Golt, My Commission Expires 3/31/08
                                                    Notary Public, State of Delaware