2AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

COMMUNITY LEGAL AID SOCIETY, INC.,

Plaintiff

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 0 7 – 2 2 1

V.

HORIZON HOUSE, INC.,
Trading and Operating as
HORIZON HOUSE/DELAWARE, INC.,
HORIZON HOUSE OF DELAWARE,
INC.,
    And

JEFFREY W. J. WILUSH,
In his capacity as President and Chief
Executive Officer of Horizon House, Inc.
Defendants

TO: (Name and address of Defendant)
Jeffrey W.J. Wilush
Horizon House, Inc.
120 South 30th Street
Philadelphia, Pennsylvania 19104

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  PETER T. DALLEO

DATE  APR 2 5 2007

(signature)

2AO 440 (Rev. 8/3) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/9/07 |
| NAME OF SERVER (PRINT) Rhonda Wallace | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Karen Butt

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/9/07
Date

Signature of Server

BEST LEGAL SERVICES, INC.
1617 J.F.K. BLVD. S. #1045
PHILADELPHIA, PA 19103

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.