IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMUNITY LEGAL AID SOCIETY, INC., | : |
| Plaintiff, | : |
| | : |
| v. | : |
| HORIZON HOUSE, INC.,<br>    Trading and Operating as<br>HORIZON HOUSE/DELAWARE, INC.<br>HORIZON HOUSE OF DELAWARE, INC. | : Civil Action No. 07-221<br>:<br>: |
| and | : |
| JEFFREY W. WILUSH,<br>    In his capacity as President and Chief<br>    Executive Officer of Horizon House, Inc., | :<br>: |
| Defendants. | : |

### ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS

Please enter the appearance of the undersigned as counsel for Defendants.

                      CHRISTIE, PABARUE, MORTENSEN and YOUNG
                      A Professional Corporation

                      By: */s/ Thaddeus J. Weaver*

                      Thaddeus J. Weaver (Del. Supr. Ct. Id. No. 2790)
                      The Brandywine Building
                      1000 N. West Street, Suite 1200
                      Wilmington, DE 19801
                      (302) 295-5000
                      (302) 295-5001 (facsimile)
                      tjweaver@cpmy.com
                      Counsel for Defendants

Date:   May 16, 2007

## CERTIFICATE OF SERVICE

I, Thaddeus J. Weaver, Esquire, hereby certify that a true and correct copy of the foregoing "Entry of Appearance on Behalf of Defendants", was served on the following counsel this 16th day of May, 2007, via United States Mail, first class postage prepaid, at the following address:

Eliza Hirst, Esquire<br>
Disabilities Law Program<br>
Community Legal Aid Society, Inc.<br>
100 West 10th Street<br>
Wilmington, DE 19801

_____
Thaddeus J. Weaver

Date:   May 16, 2007