IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMMUNITY LEGAL AID SOCIETY, INC., | : | |
| Plaintiff, | : | |
| | : | |
| v. | | |
| | : | |
| HORIZON HOUSE, INC.,<br>Trading and Operating as | : | Civil Action No. 07-221 SLR |
| HORIZON HOUSE/DELAWARE, INC.<br>HORIZON HOUSE OF DELAWARE, INC. | : | |
| and | : | |
| JEFFREY W. WILUSH,<br>In his capacity as President and Chief<br>Executive Officer of Horizon House, Inc., | : | |
| Defendants. | : | |

**DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

The Defendants, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), hereby move this Honorable Court to extend the time for them to respond to the Complaint in this matter until May 29, 2007. In further support of this motion, Defendants state that (a) the parties have agreed to meet on May 21, 2007, and the Defendants have proposed that the parties use the meeting to discuss the resolution of the matters alleged in Plaintiffs' complaint; (b) Plaintiffs have indicated that they do not oppose the aforesaid motion to extend the time; and (c) pursuant to Fed. R. Civ. P. 6(b) and 12(a)(1)(A), the motion is timely filed within the period

562649_1

1

provided for under the Rules. A proposed form of order accompanies this motion.

                                           Respectfully submitted,

                                           CHRISTIE, PABARUE, MORTENSEN and YOUNG
                                           A Professional Corporation

                           By: _/s/ Thaddeus J. Weaver_____

                                           Thaddeus J. Weaver (Del. Supr. Ct. Id. No. 2790)
                                           The Brandywine Building
                                           1000 N. West Street, Suite 1200
                                           Wilmington, DE 19801
                                           (302) 295-5000
                                           (302) 295-5001 (facsimile)
                                           tjweaver@cpmy.com
                                           Counsel for Defendants

Date:   May 16, 2007

## CERTIFICATE OF SERVICE

I, Thaddeus J. Weaver, Esquire, hereby certify that a true and correct copy of the foregoing "Defendants' Unopposed Motion For Extension of Time to Respond to the Complaint", and proposed form of order, were served on the following counsel this 16th day of May, 2007, via United States Mail, first class postage prepaid, at the following address:

> Eliza Hirst, Esquire
> Disabilities Law Program
> Community Legal Aid Society, Inc.
> 100 West 10th Street
> Wilmington, DE 19801

_____
Thaddeus J. Weaver

Date: May 16, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMMUNITY LEGAL AID SOCIETY, INC., | : | |
| Plaintiff | : | |
| | : | |
| v. | | |
| | : | |
| HORIZON HOUSE, INC., Trading and Operating as HORIZON HOUSE/DELAWARE, INC. HORIZON HOUSE OF DELAWARE, INC. | : | Civil Action No. 07-221 |
| | : | |
| and | : | |
| JEFFREY W. WILUSH, In his capacity as President and Chief Executive Officer of Horizon House, Inc., | : | |
| Defendants | : | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

AND NOW, this _____ Day of May, 2007, upon consideration of the "Defendants' Unopposed Motion to Extend the Time to Respond to the Complaint", it is hereby ORDERED and DECREED that said Motion is GRANTED and that a response to the Complaint in this matter shall be filed on or before May 29, 2007.

SO ORDERED

_____
J.

562657_1