IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMMUNITY LEGAL AID SOCIETY, INC., <br> Plaintiff, <br><br> v. <br><br> HORIZON HOUSE, INC. et al., <br><br> and <br><br> JEFFREY W.J. WILUSH, <br> In his capacity as President and Chief Executive Officer of Horizon House, Inc. <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION NO. 07-221 (SLR) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to District of Delaware Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Guy Vilim, Esquire, of the firm of Vilim & Maddox, LLC, to represent Defendants, Horizon House Inc., Horizon House/Delaware, Inc., Horizon House of Delaware, Inc., and Jeffery W. J. Wilush in this matter. In further support of this motion, counsel submits the accompanying certification of Mr. Vilim.

Respectfully Submitted,
CHRISTIE, PABARUE, MORTENSEN and YOUNG
A Professional Corporation

By: *[signature]*
Thaddeus J. Weaver, Esquire (Del. Id. No. 2790)
The Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
(302) 295-5000
(302) 295-5001 (facsimile)
tjweaver@cpmy.com
Attorney for Defendants

Date:  May 25, 2007

562693_1  1

## CERTIFICATE OF SERVICE

I, Thaddeus J. Weaver, hereby certify that on the date set forth below, I caused to be served on counsel for plaintiff, a true and correct copy of the aforesaid "Motion for Admission Pro Hac Vice", with the accompanying certification of Guy Vilim, Esquire, and a proposed form of order, via the United States Postal Service, first class mail, at the address set forth below:

>Daniel Atkins, Esquire
>Eliza Hirst, Esquire
>Community Legal Aid Society, Inc.
>Disabilities Law Program
>100 W. 10th Street, Suite 801
>Wilmington, DE  19801

_____
Thaddeus J. Weaver

Date:   May 25, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMMUNITY LEGAL AID SOCIETY, INC., Plaintiff, | : : : : | |
| v. | : : | |
| HORIZON HOUSE, INC. et al., | : : : | CIVIL ACTION NO. 07-221 |
| AND | : : | |
| JEFFREY W.J. WILUSH, In his capacity as President and Chief Executive Officer of Horizon House, Inc., Defendants. | : : : : | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and am admitted, practicing and in good standing as a member of the Bar of the Supreme Court of the Commonwealth of Pennsylvania, and the United States District Court for the Eastern District of Pennsylvania. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with Local Rules of the United States District Court for the District of Delaware.

Signed: _____

Date: May 22, 2007

Name and Address of Attorney to be admitted Pro Hac Vice:

Guy Vilim, Esquire (PA Attorney Id. No. 42633)
Vilim & Maddox LLC
6703 Germantown Avenue, Suite 220
Philadelphia, PA  19119

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **COMMUNITY LEGAL AID SOCIETY, INC.,** <br> **Plaintiff,** <br> v. <br> **HORIZON HOUSE, INC.** et al., <br> AND <br> **JEFFREY W.J. WILUSH,** <br> **In his capacity as President and Chief Executive Officer of Horizon House, Inc.,** <br> **Defendants.** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION NO. 07-221 (SLR)** |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon consideration of Defendants' Motion for Admission Pro Hac Vice of Guy Vilim, Esquire, and any response thereto, it is hereby ORDERED that said Motion is GRANTED.

SO ORDERED, this _____ day of _____, 2007.

_____
J.

562694_1