IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMUNITY LEGAL AID SOCIETY, INC., | : |
| Plaintiff, | : |
| v. | : |
| | : Civil Action No. 07-221 (SLR) |
| HORIZON HOUSE, INC., et al., | : |
| Defendants. | : |
| | : |

### DEFENDANTS' SECOND UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

The Defendants, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), hereby move this Honorable Court to extend the time for them to respond to the Complaint in this matter until June 5, 2007. In further support of this motion, Defendants state that (a) Plaintiffs have indicated that they do not oppose the aforesaid motion to extend the time; and (b) pursuant to Fed. R. Civ. P. 6(b) and 12(a)(1)(A), the motion is timely filed within the period provided for under the Rules and in accordance with this Court's prior order. A proposed form of order accompanies this motion.

Respectfully submitted,

CHRISTIE, PABARUE, MORTENSEN and YOUNG
A Professional Corporation

By: /s/ Thaddeus J. Weaver

Thaddeus J. Weaver (Del. Supr. Ct. Id. No. 2790)
The Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 295-5000
(302) 295-5001 (facsimile)
tjweaver@cpmy.com
Counsel for Defendants

Date: May 29, 2007

## CERTIFICATE OF SERVICE

I, Thaddeus J. Weaver, Esquire, hereby certify that a true and correct copy of the foregoing "Defendants' Second Unopposed Motion For Extension of Time to Respond to the Complaint", and proposed form of order, were served on the following counsel this 29th day of May, 2007, via United States Mail, first class postage prepaid, at the following address:

> Daniel Atkins, Esquire
> Eliza Hirst, Esquire
> Disabilities Law Program
> Community Legal Aid Society, Inc.
> 100 West 10th Street, Suite 801
> Wilmington, DE 19801

/s/ Thaddeus J. Weaver
_____
Thaddeus J. Weaver

Date:   May 29, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMUNITY LEGAL AID SOCIETY, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| | : Civil Action No. 07-221 (SLR) |
| v. | : |
| | : |
| HORIZON HOUSE, INC., et al., | : |
| | : |
| Defendants. | : |

**ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

AND NOW, this _____ Day of _____, 2007, upon consideration of the "Defendants' Second Unopposed Motion to Extend the Time to Respond to the Complaint", it is hereby ORDERED and DECREED that said Motion is GRANTED and that a response to the Complaint in this matter shall be filed on or before June 5, 2007.

SO ORDERED

_____
J.

562657_1