CHRISTIE PABARUE MORTENSEN AND YOUNG

**THADDEUS J. WEAVER**
(302) 295-4923
TJWEAVER@CPMY.COM

A PROFESSIONAL CORPORATION
THE BRANDYWINE BUILDING
1000 NORTH WEST STREET, SUITE 1200
WILMINGTON, DE 19801
TEL: 302.295.5000 ▸ FAX: 302.295.5001 ▸ WWW.CPMY.COM

June 5, 2007

VIA HAND DELIVERY

The Honorable Sue L. Robinson
c/o Clerk of the Court
United States District Court - District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, 4th Floor
Wilmington, DE 19801

      Re:    CLASI v. Horizon House, Inc., et al.
            D. Del., C.A. No. 07-221 (SLR)

Dear Chief Judge Robinson:

     We write on behalf of defendants, and with the authorization of counsel for the plaintiff, regarding the status of the above referenced litigation. Pursuant to my discussion with Your Honor's Chambers, we are please to inform the Court that the parties have achieved a settlement in principle of the litigation, and are currently finalizing their settlement agreement. It is the parties' mutual expectation that the dismissal papers will be completed within the next week.

     Given the current status of the matter, defendants do not intend at this time to file an answer or other responsive motion to plaintiff's complaint. Should the Court believe some further measure is in order at this time, we are prepared to draft any necessary interim paperwork pending the completion of the settlement papers.

     Should Your Honor have any questions, we are available at the convenience of the Court.

          Respectfully Submitted,

          *Thaddeus J. Weaver*

          Thaddeus J. Weaver

cc:    Daniel Atkins, Esquire/Eliza Hirst, Esquire (via electronic mail)
       Guy Vilim, Esquire (via electronic mail)